No. 79–1544. Moore v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 79–1552. Department of Revenue of Alabama et al. v. Fox, formerly dba Cherokee Construction Co. et al. C. A. 5th Cir. Certiorari denied.

No. 79–1560. Garrett v. Illinois. C. A. 7th Cir. Certiorari denied.

No. 79–1570. Smith v. Cotton Brothers Baking Co., Inc. C. A. 5th Cir. Certiorari denied.

No. 79–1580. Wooten v. United States. C. A. 6th Cir. Certiorari denied.

No. 79–1586. Roberts v. United States. C. A. 8th Cir. Certiorari denied.

No. 79–1592. West v. Bergland, Secretary of Agriculture, et al. C. A. 8th Cir. Certiorari denied.

No. 79–1595. Sharpe v. Florida. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 79–1599. SCM Corp. v. Federal Trade Commission. C. A. 2d Cir. Certiorari denied.

No. 79–1610. Drobena et al. v. National Labor Relations Board et al. C. A. 8th Cir. Certiorari denied.

No. 79–1611. Metz v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–1628. Rubin v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.